UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM-FUN WU, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE[1], <br> Commissioner of Social Security <br><br> Defendant. | CIVIL NO.  06cv0791 BTM (JMA) <br><br> ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)] |

Good cause appearing, **IT IS ORDERED** that the joint motion of the parties, for Attorney fees in the amount of $5,000.00, payable to Thomas G. Roche, be granted.

**IT IS SO ORDERED**.

DATED: March 22, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge

---

[1] Michael J. Astrue became the Commissioner of Social Security February 12, 2007.